UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WP COMPANY LLC<br>d/b/a THE WASHINGTON POST,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE AIR FORCE and<br>U.S. DEPARTMENT OF THE NAVY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 21-2458 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of October 26, 2021, ECF No. 10, Plaintiff WP Company LLC d/b/a The Washington Post ("the Post") and Defendants U.S. Department of the Air Force ("Air Force") and U.S. Department of the Navy ("Navy"), by and through undersigned counsel, respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

The Court directed the parties to address the following topics: (1) the status of Plaintiff's FOIA request; (2) the anticipated number of documents responsive to Plaintiff's FOIA request; (3) the anticipated date(s) for release of the documents requested by Plaintiff; (4) whether a motion for a stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976); and (5) whether the parties anticipate summary judgment briefing and, if so, a proposed briefing schedule.

   1.   **The Status of the Post's FOIA Requests**

This case involves two FOIA requests that the Post submitted to Defendants.  The first is an October 9, 2020, request to the Navy requesting records dating from January 1, 2015, relating

to Foreign Government Employment applications by retired or former military personnel, including investigations mentioning that subject matter. *See* ECF No. 1 Ex. 2. The second is the Post's July 1, 2021, request to the Air Force seeking Foreign Government Employment application records concerning Gen. William M. Fraser, Col. Shirlene D. Ostrov, and Gen. Duncan McNabb. *See id.* Ex. 7. As indicated in the following section, Defendants are in various stages of responding to the Post's requests.

2. **Anticipated Number of Documents Responsive to the Post's Request and Anticipated Dates for Release of the Documents Requested by the Post**

With respect to the Post's request to the Navy, the Navy completed its response in May 2021. The Navy produced approximately 996 pages with redactions based on FOIA Exemptions 4, 5, and 6, 5 U.S.C. § 552(b)(4), (5), (6). However, the Navy intends to revise its responses to conform to the position regarding Exemption 6 redactions taken by Defendants in *WP Company, LLC v. Dep't of Defense*, Civ. A. No. 21-1025 (APM). The Navy expects to re-release records to Plaintiff by December 15, 2021.

The Air Force has identified 53 documents responsive to the Post's request. Two documents were referred to another Air Force component for review. The Air Force anticipates that the remaining records can be processed, with the responsive, non-exempt portions released to Plaintiff, on or before December 10, 2021.

3. **Likelihood of an *Open America* Stay**

Defendants do not intend to move for a stay under *Open America.*

4. **Further Proceedings**

Given that the Navy and the Air Force are in the process of responding to the Post's request, the parties propose to file a further Joint Status Report by December 15, 2021, proposing further proceedings as appropriate.

Dated:  November 8, 2021

Respectfully submitted,

BALLARD SPAHR LLP

/s/  Charles D. Tobin
Charles D. Tobin, D.C. Bar #455593
Maxwell S. Mishkin, D.C. Bar #1031356
Emmy Parsons, D.C. Bar #7538151
1909 K Street, N.W., 12th Floor
Washington, D.C.  20006
Telephone:  (202) 661-2200
Facsimile:  (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
parsonse@ballardspahr.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ Paul Cirino
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone:  (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendants*