UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WP COMPANY LLC<br>d/b/a THE WASHINGTON POST,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE AIR FORCE and<br>U.S. DEPARTMENT OF THE NAVY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 21-2458 (APM)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Plaintiff WP Company LLC d/b/a/ The Washington Post and Defendants U.S. Department of the Air Force and U.S. Department of the Navy (the "Navy"), by their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby agree and stipulate to the dismissal without prejudice of this action in its entirety, with each party to bear its own attorney's fees and costs. This resolves all claims in this action. The Navy commits to following the Court's ruling(s) in *WP Company LLC v. Department of Defense et al.*, Civ. A. No. 21-1025 (APM) (D.D.C.), with respect to redactions based on Exemptions 6 and 7(C).

Dated: June 1, 2022

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin, D.C. Bar #455593
Maxwell S. Mishkin, D.C. Bar #1031356
Emmy Parsons, D.C. Bar #1026101
1909 K Street, N.W., 12th Floor
Washington, D.C. 20006
Telephone: (202) 661-2200
Facsimile: (202) 661-2299

tobinc@ballardspahr.com
mishkinm@ballardspahr.com
parsonse@ballardspahr.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

    /s/ *Paul Cirino*
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendants*